STEVEN W. MYHRE
Acting United States Attorney
Nevada State Bar No. 9635

ASIM H. MODI
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8952
    Facsimile: (415) 744-0134
    E-Mail: Asim.Modi@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA J. SHANNON,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:17-cv-1941-JAD-VCF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(*FIRST REQUEST*) |

       Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Complaint, due on **December 26, 2017**, by **45 days**, through and including **February 9, 2018**. This request is made in good faith with no intention to unduly delay the proceedings.

       An extension of time is needed because the parties are currently trying to resolve the threshold question of whether this Court has jurisdiction over Plaintiff's Complaint. The parties are also relatedly investigating the status of any pending requests for administrative review of the administrative law

judge's decision underlying Plaintiff's Complaint. The additional time sought in the instant motion should allow the parties to resolve the above issues after accounting for anticipated delays caused by the upcoming holidays.

Counsel for Defendant conferred with Plaintiff's counsel, Richard E. Donaldson, by telephone on December 19, 2017. During this telephonic conversation, Plaintiff's counsel expressed his consent to this motion.

Respectfully submitted this 19th day of December 2017.

STEVEN W. MYHRE
Acting United States Attorney

*/s/ Asim H. Modi*
ASIM H. MODI
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 12-21-2017

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I, Asim H. Modi, certify that the following individuals were served with the foregoing |
| 3 | **UNOPPOSED MOTION FOR EXTENSION (FIRST REQUEST)** on the date and via the method of service identified below: |
| 4 | **CM/ECF:** |
| 5 | |
| 6 | Richard E. Donaldson, Esq.<br>Richard E. Donaldson, Esq., Chtd. |
| 7 | 2300 West Sahara Avenue, Suite 800<br>Las Vegas, Nevada 89102 |
| 8 | gunlawyer@aol.com |
| 9 | |
| 10 | Dated this 19th day of December 2017. |
| 11 | |
| 12 | //s// *Asim H, Modi*<br>ASIM H. MODI<br>Special Assistant United States Attorney |