RICHARD E. DONALDSON, ESQ., CHTD.
RICHARD E. DONALDSON, ESQ.
Nevada Bar No. 1095
2300 West Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
(702) 382-6370
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

PATRICIA J. SHANNON )
)
)
Plaintiff, )
) Case 2:17-cv-01941-JAD-VCF
vs. )
)
NANCY A. BERRYHILL ) ECF No. 7
COMMISSIONER OF )
SOCIAL SECURITY, )
)
Defendant. )

**MOTION FOR DISMISSAL OF PLAINTIFF'S
COMPLAINT WITHOUT PREJUDICE**

Plaintiff has been advised that the Defendant Commissioner has yet to complete her review and disposition of Plaintiff's Exceptions to the Administrative Law Judge's ("ALJ") Decision. In order to provide as complete a record as possible, Plaintiff has agreed to Dismiss the instant complaint until the administrative process is complete. This motion is filed pursuant to an understanding between counsel that the Dismissal is without prejudice, and that Defendant would not object to Plaintiff Patricia Shannon renewal of her request for judicial review should the Commissioner affirm the ALJ's Decision to deny benefits.

RESPECTFULLY SUBMITTED this $2^{d}$ day of February, 2018.

RICHARD E. DONALDSON, ESQ.,CHTD.

By: *Richard E. Donaldson, Esq.*
Richard E. Donaldson, Esq.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion to dismiss **[ECF No. 7] is GRANTED**, and this action is DISMISSED without prejudice. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
February 12, 2018